374 A.2d 715

Commonwealth ex rel. Petrolati, Appellant, v. Petrolati.

Argued March 21, 1977. Barry L. Weiser, with him John F. Haskins, Jr., for appellant; James R. Caiola, with him Caiola & Caiola, for appellee.

Order affirmed.

374 A.2d 715

Commonwealth ex rel. Strunk, Appellant, v. Cummins et al.

Argued March 21, 1977. Vickie A. Gillio, for appellant; Carl F. Skinner, submitted a brief for appellees.

OPINION PER CURIAM: The order of the court below of August 4, 1976, denying the petition of Judy A. Deemer Strunk for a writ of habeas corpus, is vacated. The case is remanded to the court below for a full hearing on the psychiatric report.